UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-04767 |
| JEREMY L. BRININGER | : Chapter 13 |
| Debtor | : |
| LAKEVIEW LOAN SERVICING | : |
| Movant | : |
| vs. | : |
| JEREMY L. BRININGER | : |
| Debtor/Respondent | : |

## ANSWER TO MOTION FOR RELIEF FROM STAY

AND NOW, comes the Debtor, Jeremy l. Brininger, by and through his attorney, James H. Turner, Esquire and Answers the Motion for Relief from Stay filed by LAKEVIEW LOAN SERVICING as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. By further answer, debtor is aware of the arrearage and would like to cure it by doing a six month stipulation.

7. Admitted.

8. Denied. This is a conclusion of law to which no responsive pleading is necessary.

9. Admitted and denied. It is admitted that Movant incurred legal fees and costs, however Debtor feels the amount stated is exorbitant.

10. Admitted.

WHEREFORE, Debtor/Respondent requests this Honorable Court deny the Movant's Motion for Relief From Stay and schedule a hearing on this matter at the Court's earliest possible convenience.

Respectfully submitted,
/s/ James H. Turner
James H. Turner
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA  17112
pat@turnerandoconnell.com
(717) 232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-04767 |
| JEREMY L. BRININGER | : Chapter 13 |
| Debtor | : |
| LAKEVIEW LOAN SERVICING | : |
| Movant | : |
| vs. | : |
| JEREMY L. BRININGER | : |
| Debtor/Respondent | : |

## CERTIFICATE OF SERVICE

I, James H. Turner, hereby certify that I served a true and correct copy of the foregoing by depositing a true and correct copy in the U.S. mail, first class postage prepaid, addressed, or e-mail as follows:

Charles J. DeHart III, Esquire
8125 Adams Drive
Suite A
Hummelstown, PA 17036

James C. Warmbrodt, Esquire
KML Law Group PC
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Date:  3/4/20   /s/ James H. Turner
James H. Turner