```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04767-HWV
Jeremy L Brininger                                                  Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 11, 2020
                              Form ID: ordsmiss        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              +Jeremy L Brininger,   34 Pine Street,   Middleburg, PA 17842-1025
5290397         +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh, NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5282360          E-mail/Text: camanagement@mtb.com Mar 11 2020 19:32:16     M&T Bank,   PO Box 840,
                  Buffalo, NY 14240
5267320          E-mail/Text: camanagement@mtb.com Mar 11 2020 19:32:16     M&T Bank,   PO Box 900,
                  Millsboro, DE 19966
5272736          E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 19:40:11    MERRICK BANK,
                  Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5285129          EDI: PRA.COM Mar 11 2020 23:23:00      Portfolio Recovery Associates, LLC,   POB 12914,
                  Norfolk, VA 23541
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          James H Turner    on behalf of Debtor 1 Jeremy L Brininger pat@turnerandoconnell.com
          James H. Turner     on behalf of Debtor 1 Jeremy L Brininger pat@turnerandoconnell.com,
           notices@UpRightLaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeremy L Brininger,            Chapter     13

**Debtor 1**

Case No.     1:19–bk–04767–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 11, 2020            By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)